IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| MARCUS D. JONES | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:09cv120 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions that the case should be dismissed for failure to prosecute are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED** without prejudice; and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 27th day of July, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**